<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6860

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

KEVIN ARNETTE WATTS,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:04-cr-00086-RAJ-2)

Submitted:  August 20, 2015         Decided:  August 25, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Arnette Watts, Appellant Pro Se.  Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

    Kevin Arnette Watts appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Watts</u>, No. 2:04-cr-00086-RAJ-2 (E.D. Va. May 14, 2015); <u>see</u> <u>United States v. Mann</u>, 709 F.3d 301, 304-05 (4th Cir. 2013) (reviewing the disposition of a § 3582(c)(2) motion for an abuse of discretion).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>